IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CODY A. STRODTMAN, | ) | |
|---|---|---|
| Petitioner, | ) | 8:19CV338 |
| v. | ) | |
| SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Motion to Strike (Filing no. 15) is denied. The Clerk of Court shall mail a copy of Filing nos. 8 and 11 to the Petitioner at his last known address.

DATED this 15th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge