IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CODY A. STRODTMAN,            )
                             )
                Petitioner,   )            8:19CV338
                             )
        v.                    )
                             )
BRAD HANSEN, Warden, and      )            ORDER
SCOTT R. FRAKES, Director of the )
Nebraska Department of Correctional )
Services,                     )
                             )
                Respondents.  )
————————————————————          )

After careful consideration,

IT IS ORDERED that:

(1)    The motion to appeal in forma pauperis (filing no. 26) is granted.

(2)    The remaining motions (filing nos. 22, 24 and 25) are denied.

(3)    The Clerk shall mail a copy of this order to the United States Court of
Appeals for the Eighth Circuit.

DATED this 3rd day of December, 2019.

                            BY THE COURT:

                            s/ *Richard G. Kopf*
                            Senior United States District Judge