IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CODY A. STRODTMAN,<br><br>    Petitioner,<br><br>  vs.<br><br>BRAD HANSEN, Warden; and SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services;<br><br>    Respondents. | **8:19CV338**<br><br>**ORDER** |

  This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing 38). Plaintiff filed a Notice of Appeal (Filing 37) on September 8, 2020. Plaintiff appeals from the court's order dated August 25, 2020 (Filing 36). Upon review of Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the court finds Plaintiff is entitled to proceed in forma pauperis on appeal.

  IT IS ORDERED that:

  1. Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing 38) is granted.

  2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

  Dated this 9th day of September, 2020.

                BY THE COURT:

                *Richard G. Kopf*
                Richard G. Kopf
                Senior United States District Judge